IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr113

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| RONALD ARTHUR HARRIS | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon letter motions of the defendant for a bond

hearing. (Doc. No. 15, 16).

The defendant pled guilty to Counts Two and Three of the indictment on August 16, 2006,

charging possession with intent to deliver 5 grams or more of cocaine base; cocaine; and

marijuana, and possession of a firearm in furtherance of a drug trafficking crime. (Doc. No. 13:

Plea Agreement; Doc. No. 14: Acceptance and Entry of Guilty Plea). Thus, the defendant has

been found guilty and is awaiting imposition of sentence for offenses described in subparagraphs

(B) and (C) of subsection (f)(1) of 18 U.S.C. § 3142. Pursuant to § 3143(a)(2), the defendant

shall be detained unless the Court finds a substantial likelihood that a motion for acquittal or new

trial will be granted; or an attorney for the government has recommended that no sentence of

imprisonment be imposed; and the Court finds by clear and convincing evidence the person is not

likely to flee or pose a danger to any other person or the community. 18 U.S.C. § 3143(a)(2)(A)(i),

(ii) and (B).

Upon review of the record, even in a light most favorable to the defendant, the Court finds

the defendant has not alleged or established that there is a substantial likelihood that motion for

acquittal or new trial will be granted or that an attorney for the government has recommended that

no sentence of imprisonment be imposed.  Thus, the Court is obligated by the statute to detain the

defendant because the prerequisites for release have not been met. <u>Id.</u>

       **IT IS, THEREFORE, ORDERED** that the defendant's motions are **DENIED**.

       The Clerk is directed to certify copies of this order to the defendant, counsel for the

defendant, to the United States Attorney, the United States Marshals service, and the U.S.

Probation office.

                         Signed: October 10, 2006

                         Robert J. Conrad, Jr.
                         Chief United States District Judge