IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr113

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| RONALD ARTHUR HARRIS ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon letter motion of the defendant again asking for release on bond pending sentencing. (Doc. No. 18). The Court denied his previous requests (Doc. No. 15, 16) for bond upon a finding that he is not eligible for release pursuant to 18 U.S.C. § 3143(a)(2). (Doc. No. 17: Order).

In the instant letter motion, the defendant has not provided any new information that would make him eligible for release. Thus, the Court is obligated by the statute to detain the defendant because the prerequisites for release have not been met. Id.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 18) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: November 6, 2006

Robert J. Conrad, Jr.
Chief United States District Judge