# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO.: 3:06CR113

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>vs.<br><br>RONALD ARTHUR HARRIS,<br>　　　Defendant. | )<br>)<br>)<br>)　　**ORDER**<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a letter, dated April 10, 2007, from Ronald Harris, to United States Magistrate Judge David Keesler (the "Letter"). In the Letter, Mr. Harris, who is currently in custody, essentially makes a motion to self surrender.

The record reflects that Mr. Harris is represented by appointed counsel, John Paul de Bernardo. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Harris has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Harris' request to self surrender is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Bernardo.

The Clerk of Court is directed to send a copy of the Letter to Mr. Bernardo along with his copy of this Order.

Signed: April 12, 2007

_____
David C. Keesler
United States Magistrate Judge