IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr113

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| RONALD ARTHUR HARRIS ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon letter motion of the defendant for a bond hearing. (Doc. No. 26).

The Court previously determined the defendant was not eligible for bond as a matter of law given the nature of the convictions for which he is awaiting sentencing. (Doc. No. 17, 19: Orders). There has been no change in the law that would allow for the defendant's release.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**. Additionally, given the repetitive filings by the defendant, future motions will be summarily denied, unless the defendant can establish statutory eligibility for release.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: April 20, 2007

Robert J. Conrad, Jr.
Chief United States District Judge