IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-768
3:06-CR-113

| RONALD ARTHUR HARRIS | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 12: Opinion and Judgment).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Ronald Arthur Harris (Reg. No. 20777-058) present in Charlotte, North Carolina forthwith, but not later than March 18, 2014, at 9:30 a.m. for a sentencing hearing.

**IT IS FURTHER ORDERED** that the Community Defender shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

_____
Robert J. Conrad, Jr.
United States District Judge